IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DCD NUCAR ALNI LLC, individually and as successor by merger to DCD NUCAR ALCD LLC, and DCD RE PLAZA LANE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ROTHROCK MOTOR SALES, INC., DAVID B. ROTHROCK, individually and on behalf of THE ESTATE OF BRUCE L. ROTHROCK, SR., BRUCE L. ROTHROCK, JR, DEAN A. ROTHROCK, ROCK REAL ESTATE HOLDINGS, LLC, and ROCK REAL ESTATE FAMILY PARTNERS, LP<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: Case No. 5:25-cv-04327-JFL<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Defendants Rothrock Motor Sales, Inc.; David B. Rothrock, individually and on behalf of the Estate of Bruce L. Rothrock, Sr.; Bruce L. Rothrock, Jr.; Dean A. Rothrock; Rock Real Estate Holdings, LLC; and Rock Real Estate Family Partners, LP (collectively, "**Defendants**"), through their undersigned counsel, hereby move to dismiss the Complaint (ECF 1) in the above-captioned action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support, Defendants rely upon the Memorandum of Law filed contemporaneously herewith.

Dated: August 25, 2025 	Respectfully submitted:

*/s/ Ryan M. Moore*
Morton R. Branzburg (Pa. I.D. No. 24477)
Ryan M. Moore (Pa. I.D. No. 314821)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Phone: (215) 569-2700
Fax: (215) 568-6603
mbranzburg@klehr.com
rmoore@klehr.com

*Counsel for Defendants*