UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| DCD NUCAR ALNI LLC, individually and as successor by merger to DCD NUCAR ALCD LLC, and DCD RE PLAZA LANE LLC, | : : : |
| Plaintiffs, | : : |
| v. | : No. 5:25-cv-4327 |
| ROTHROCK MOTOR SALES, INC., DAVID B. ROTHROCK, individually and on behalf of THE ESTATE OF BRUCE L. ROTHROCK, SR., BRUCE L. ROTHROCK, JR, DEAN A. ROTHROCK, ROCK REAL ESTATE HOLDINGS, LLC, and ROCK REAL ESTATE FAMILY PARTNERS, LP, | : : : : : : : |
| Defendants. | : |

_____

# O R D E R

**AND NOW**, this 8th day of December, 2025, upon consideration of Defendants' Motion to Dismiss the Complaint, filed August 25, 2025, *see* ECF No. 20; Plaintiff's Response Brief in Opposition, filed September 5, 2025, *see* ECF No. 22; and of Defendant's Reply Brief in Support of its Motion to Dismiss, filed September 12, 2025, *see* ECF No. 24; **IT IS ORDERED THAT**:

1. Defendant's Motion to Dismiss, ECF No. 20, is **DENIED in part,** as follows:

    i. The Motion is **DENIED** as to **Count II** (Breach of Contract).

2. Defendant's Motion to Dismiss, ECF No. 20, is **GRANTED in part** as follows:

    i. **Counts I** (Rescission) **and III** (Indemnification) are **DISMISSED with prejudice** to the extent they are pleaded as independent causes of action.

    ii. **Counts IV, V, and VI** (Fraudulent Misrepresentation, Fraudulent Concealment, and Fraudulent Nondisclosure) are **DISMISSED without prejudice**, for failure to state a claim.

3. **Within twenty (20) days of the date of this Order**, Plaintiff may file an amended complaint.

4. If Plaintiff fails to timely file an amended complaint, the complaint may be dismissed with prejudice for lack of subject matter jurisdiction or for failure to prosecute.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge