UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

DCD NUCAR ALNI LLC, individually and as   :
successor by merger to DCD NUCAR ALCD LLC, :
and DCD RE PLAZA LANE LLC,                  :
            Plaintiff,                   :
                                               :
            v.                           :   No. 5:25-cv-4327
                                               :
ROTHROCK MOTOR SALES, INC.,                 :
DAVID B. ROTHROCK, individually and on      :
behalf of THE ESTATE OF BRUCE L.            :
ROTHROCK, SR., BRUCE L. ROTHROCK, JR,       :
DEAN A. ROTHROCK,                           :
ROCK REAL ESTATE HOLDINGS, LLC, and         :
ROCK REAL ESTATE FAMILY PARTNERS, LP,       :
            Defendants.                 :

_____

**O R D E R**

**AND NOW**, this 23rd day of March, 2026, upon consideration of Defendants' partial

Motion to Dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), filed January

12, 2026, *see* ECF No. 31, in which Defendants ask to dismiss only Counts II, III and IV of the

Amended Complaint; Plaintiff's Response Brief in Opposition, filed January 26, 2026, *see* ECF

No. 33; and Defendant's Reply Brief in Support of its Motion to Dismiss, filed February 2, 2026,

*see* ECF No. 34; **IT IS ORDERED THAT**:

1. Defendant's Motion, ECF No. 31, is **GRANTED.**

2. **Counts II** (Fraudulent Misrepresentation), **III** (Fraudulent Concealment), **and IV**

    (Fraudulent Nondisclosure) in the Amended Complaint are **DISMISSED with**

    **prejudice** for failure to state a claim. The Amended Complaint shall proceed as to

    Count I (Breach of Contract) only.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge